IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JOSEPH LYNN EMMITE,

    Petitioner,

v.                                             CASE NO. 1:06-cv-00144-MP-AK

JAMES R. MCDONOUGH,

    Respondent.

_____/

## REPORT AND RECOMMENDATION

This habeas corpus matter is before the Court on Doc. 13. Petitioner's mail was returned as undeliverable because Petitioner has died. This action is therefore moot since there are not possible collateral legal consequences from the conviction. *Minor v. Dugger*, 864 F.2d 124, 125 (11th Cir. 1989) (citations omitted).

In light of the foregoing, it is respectfully **RECOMMENDED** that this cause be **DISMISSED AS MOOT**.

**IN CHAMBERS** at Gainesville, Florida, this __**10th**__ day of August, 2006.

                                         **s/ A. KORNBLUM**
                                         **ALLAN KORNBLUM**
                                         **UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**