IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JOSEPH LYNN EMMITE,

    Petitioner,

v.                                                CASE NO. 1:06-cv-00144-MP-AK

JAMES R MCDONOUGH,

    Respondent.

_____/

## **O R D E R**

This matter is before the Court on Doc. 14, Report and Recommendation of the Magistrate Judge, recommending that the petition for writ of habeas corpus be dismissed because of the death of the petitioner. It is hereby

**ORDERED AND ADJUDGED:**

1.     The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2.     This action is DISMISSED, and the clerk is directed to close the file.

**DONE AND ORDERED** this  *11th*  day of October, 2006

                                  *s/Maurice M. Paul*
                            Maurice M. Paul, Senior District Judge